UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ISIAH MEDINA, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF COVINA, a public entity; SERGEANT SEORK LEE; OFFICER SANCHEZ; OFFICER BELL; and DOE OFFICERS 1 - 10, acting under the color of law,<br><br>　　　　　Defendants. | Case No. 2:24-cv-06661 DMG (PDx)<br>District Judge: Dolly M. Gee<br>Magistrate Judge: Patricia Donahue<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE [31]**<br><br>Action Filed:　08/07/24<br>FAC Filed:　　01/03/25<br>Trial Date:　　N/A |

Pursuant to the Stipulation of the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is ordered that the this entire action is dismissed with prejudice, each side to bear its own fees and costs.

**IT IS SO ORDERED**

Date: May 2, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge